PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Leron Thomas  **Docket Number:** 06-00025-001
 **PACTS Number:** 44911

**Name of Sentencing Judicial Officer:** Honorable Dickinson R. Debevoise
Senior United States District Judge

**Date of Original Sentence:** 07/17/2007

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 57 months imprisonment; 2 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 07/01/10

**Assistant U.S. Attorney:** Scott McBride, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On October 17, 2011, the offender was arrested by the Jersey City Police Department and charged with Simple Assault, a violation of New Jersey Statute 2C:12-1A. |
| 2 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 2, 2011, the offender was arrested by the Hudson County Sheriff's Office and charged with Terroristic Threats, a violation of New Jersey Statute 2C:12-3. |

3      The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender tested positive for phencyclidine (PCP) on October 25; November 4; November 16; November 18; and December 21, 2011.

4      The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender tested positive for marijuana on December 14, and December 21, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Gisella M. Bassolino
2012.01.10 09:26:41
-05'00'

By: Gisella M. Bassolino
U.S. Probation Officer

Carolee Ann Azzarello
2012.01.12
09:51:26 -05'00'

Date: 1/10/12

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: Feb. 5, 2012 2:00 PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

January 13, 2012
_____
Date