AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

    v.

Case Number    2- Cr. 06-25 (1)

LERON THOMAS

    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)
### (For Offenses Committed On or After November 1, 1987)

The defendant, LERON THOMAS , was represented by David Holman, AFPD.

Violation number(s) 1,2 & 3 have been dismissed.

The defendant admitted guilt to violation number(s) 4 as stated on the violation petition.  Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 4 | 'Alcohol/Drug Testing and Treatment' |

As pronounced on May 8, 2012, the defendant is sentenced as provided in pages 2 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 07/17/2007 remain in full force and effect, if not already paid.

Signed    June 4, 2012

DICKINSON R. DEBEVOISE
Senior United States District Judge

Defendant's SSN: 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
Defendant's Date of Birth: 12/24/79
Defendant's address: Jersey City Medical Cntr drug program, Jersey City, NJ

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant:      LERON THOMAS
Case Number:   2- Cr. 06-25 (1)

## SUPERVISED RELEASE

It is ordered and adjudged that the offender be continue in treatment program. Previous term of supervised release is modified as follows:

1. Completer drug program previously engaged in , which is known as Turning Point

2. Enter drug program in Jersey City at the Jersey City Medical Center and remain until termination of supervised release.

On June 30, 2012, defendant's term of supervise release ends

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____

                          Defendant                                Date

_____

U.S. Probation Officer/Designated Witness          Date